**INTELLECTUAL PROPERTY LAW GROUP** LLP
OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff Decadent Minimalist, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
SHAHRAM NASSI, SB# 239812
　Email: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant CURV GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DECADENT MINAMALIST, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CURV GROUP, LLC, an Illinois limited liability company,<br><br>　　　　Defendant. | Case No.: 17-CV-05467-SI<br><br>**STIPLULATION AND ORDER FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ACTION** |

## STIPLULATION FOR ENTRY OF
## PERMANENT INJUNCTION AND DISMISSAL OF ACTION

Plaintiff Decadent Minimalist, Inc. ("DM") and Defendant Curv Group, LLC ("Curv") (collectively, the "Parties") have conferred and agreed to resolve their dispute pursuant to a separate Settlement Agreement and, as a term of such settlement, hereby stipulate to the following:

1. Plaintiff Decadent Minimalist Inc., ("DM") is a Delaware corporation doing business in this District and is the owner of United States Patent No. 9,681,721 entitled "Card Wallet" (the "'721 Patent").

2. Defendant Curv Group, LLC ("Curv") is an Illinois limited liability company that has done business in this District.

3. DM brought this action (the "Action") alleging that Curv has infringed the '721 Patent by selling card wallet products under the brand name BOGUI CLIK, including the product reflected in Exhibit "E" to DM's First Amended Complaint herein ("Accused Products").

4. Without admitting any liability, the Parties stipulate and consent to the entry of a permanent injunction against Curv as follows:

   a. Effective immediately, Curv and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors shall not, in the United States of America or any territory thereof, make, import, use, offer to sell, sell or transfer for use any Accused Product or any product that infringes the '721 Patent, and shall not actively induce others to do the same.

5. DM stipulates and consents to the dismissal of all of its claims in this Action with prejudice and waives any right of appeal from any judgment.

6. Curv stipulates and consents to the dismissal of any defenses in this Action with prejudice and waive any right of appeal from any judgment rendered herein.

7. The Parties stipulate and consent that each party shall bear its own attorneys' fees, costs and expenses in connection with this Action.

8. The Parties stipulate to the continuing jurisdiction of this Court for the purposes of enforcement of the Settlement Agreement and judgment rendered in accordance with the above.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

January 19, 2018         /s/Otto O. Lee/
Otto O. Lee, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Tel: 408-286-8933
Fax: 408-286-8932-mail: ihw@iplg.com
www.iplg.com
Counsel for Plaintiff

January 19, 2018         /s/ Maxwell J. Petersen
Maxwell J. Petersen
LEWIS BRISBOIS BISGAARD & SMITH LLP\
550 W. Adams Street, Suite 300
Chicago, Illinois 60661
Tel. 312-463-3386
Fax: 312-345-1778
E-mail: Maxwell.Petersen@lewisbrisbois.com
Counsel for Defendant

## ORDER PURSUANT TO STIPULATION

The Court, having considered the foregoing Stipulation For Entry Of Permanent Injunction And Dismissal Of Action, HEREBY ORDERS AS FOLLOWS.

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. As set out in the foregoing Stipulation For Entry Of Permanent Injunction And Dismissal Of Action, effective immediately, Curv and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors shall not, in the United States of America or any territory thereof, make, import, use, offer to sell, sell or transfer for use any Accused Product or any product that infringes the '721 Patent, and shall not actively induce others to do the same.

3                                          17-cv-05467-SI
**STIPULULATION FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ACTION**

3. The Clerk of the Court is hereby directed to enter the attached form of Consent Judgment in accordance with the parties' Stipulation and this Order, each party to bear its own attorneys' fees, costs and expenses.

4. All of DM's claims in this action are dismissed with prejudice.

5. No party to this Consent Judgment may appeal the Consent Judgment. Instead, all parties have knowingly, intentionally, willingly, and explicitly waive their right to appeal this Consent Judgment.

6. This Court retains jurisdiction to enforce the terms of this Order and resulting Consent Judgment and the Settlement Agreement between the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/23/18

*/s/ Susan Illston*
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**INTELLECTUAL PROPERTY LAW GROUP LLP**
OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff Decadent Minimalist, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAHRAM NASSI, SB# 239812
  Email: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant CURV GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DECADENT MINAMALIST, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CURV GROUP, LLC, an Illinois limited liability company,<br><br>　　　　Defendant. | Case No.: 17-CV-05467-SI<br><br>**CONSENT JUDGMENT** |

# CONSENT JUDGMENT

Plaintiff Decadent Minimalist, Inc. ("DM") and Defendant Curv Group, LLC ("Curv") consent to entry of judgment in this action (the "Litigation") as follows:

**WHEREAS,** DM brought this suit and alleged that Curv has infringed United States Patent No. 9,681,721 entitled "Card Wallet" (the "'721 Patent") owned by DM.

**WHEREAS,** DM and Curv have reached an agreement to finally settle the Litigation as set forth in this Consent Judgment and a separate Settlement Agreement ("Settlement Agreement"), which has been separately being executed by the parties;

**WHEREAS,** DM and Curv each consent to personal jurisdiction in the Northern District of California for purposes of enforcing the Settlement Agreement and this Consent Judgment; and

**WHEREAS,** the Court has issued an Order for Entry of Consent Judgment.

**THEREFORE, JUDGMENT IS HEREBY ENTERED AS FOLLOWS:**

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. Effective immediately, Curv and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors shall not, in the United States of America or any territory thereof, make, import, use, offer to sell, sell or transfer for use any Accused Product or any other product that infringes the '721 Patent, and shall not actively induce others to do the same.

3. This Court retains jurisdiction to enforce this Consent Judgment and any dispute arising out of the Parties' Settlement Agreement.

Date: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE