**INTELLECTUAL PROPERTY LAW GROUP LLP**
OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff Decadent Minimalist, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAHRAM NASSI, SB# 239812
   Email: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant CURV GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DECADENT MINAMALIST, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>CURV GROUP, LLC, an Illinois limited liability company,<br><br>          Defendant. | Case No.: 17-CV-05467-SI<br><br>**CONSENT JUDGMENT** |

**CONSENT JUDGMENT**

Plaintiff Decadent Minimalist, Inc. ("DM") and Defendant Curv Group, LLC ("Curv") consent to entry of judgment in this action (the "Litigation") as follows:

**WHEREAS,** DM brought this suit and alleged that Curv has infringed United States Patent No. 9,681,721 entitled "Card Wallet" (the "'721 Patent") owned by DM.

**WHEREAS,** DM and Curv have reached an agreement to finally settle the Litigation as set forth in this Consent Judgment and a separate Settlement Agreement ("Settlement Agreement"), which has been separately being executed by the parties;

**WHEREAS,** DM and Curv each consent to personal jurisdiction in the Northern District of California for purposes of enforcing the Settlement Agreement and this Consent Judgment; and

**WHEREAS,** the Court has issued an Order for Entry of Consent Judgment.

**THEREFORE, JUDGMENT IS HEREBY ENTERED AS FOLLOWS:**

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. Effective immediately, Curv and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, and directors shall not, in the United States of America or any territory thereof, make, import, use, offer to sell, sell or transfer for use any Accused Product or any other product that infringes the '721 Patent, and shall not actively induce others to do the same.

3. This Court retains jurisdiction to enforce this Consent Judgment and any dispute arising out of the Parties' Settlement Agreement.

Date: 1/23/18

*[signature]*
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE